Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

> Case No.: 24−13994−MBK
> Chapter: 13
> Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amos L. Osborne
   630 Wayside Road
   Neptune, NJ 07753

Social Security No.:
   xxx−xx−4163

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 12, 2024.

Dated: July 12, 2024
JAN: dmi

> Jeanne Naughton
> Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 24-13994-MBK

Amos L. Osborne  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2

Date Rcvd: Jul 12, 2024     Form ID: plncf13     Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amos L. Osborne, 630 Wayside Road, Neptune, NJ 07753-3635 |
| 520230054 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 12 2024 20:52:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 12 2024 20:52:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520230043 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 12 2024 20:51:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520230044 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 12 2024 20:50:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520266371 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 12 2024 20:50:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520230045 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 12 2024 20:50:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 520230046 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 12 2024 20:50:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 520230049 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2024 21:03:19 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520230048 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2024 21:04:09 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520304896 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 12 2024 21:02:57 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 520230047 | ^ | MEBN | Jul 12 2024 20:45:39 | Pnc Mortgage, c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520230051 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Jul 12 2024 20:51:00 | Regions, EnerBank USA, 1245 E Brickyard, Salt Lake City, UT 84106-2562 |
| 520230050 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Jul 12 2024 20:51:00 | Regions, EnerBank USA, Attn: Bankruptcy, 650 S Main St, Ste 1000, Salt Lake City, UT 84101-2844 |
| 520233973 | + | Email/Text: EB_CollectionsRecoveryTeam@Regions.com | Jul 12 2024 20:51:00 | Regions Bank DBA EnerBank USA, 650 S Main Street, Suite 1000, Salt Lake City, UT 84101-2844 |
| 520230052 | + | Email/Text: bankruptcy@savit.com | Jul 12 2024 20:53:00 | SaVit Collection Agency, Attn: Bankruptcy, Po |

Case 24-13994-MBK  Doc 26  Filed 07/14/24  Entered 07/15/24 00:17:49  Desc Imaged
Certificate of Notice  Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 12, 2024 | Form ID: plncf13 | Total Noticed: 19 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 250, East Brunswick, NJ 08816-0250 |
| 520230053 | + Email/Text: bankruptcy@savit.com | Jul 12 2024 20:53:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 520230055 | + Email/PDF: ebn_ais@aisinfo.com | Jul 12 2024 20:48:25 | T-Mobile, c/o American InforSource, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 14, 2024     Signature: /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC MORTGAGE A DIVISION OF PNC BANK, NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Amos L. Osborne courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4