| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 24-13994 / MBK**

Amos L. Osborne

Petition Filed Date: 04/19/2024
341 Hearing Date: 05/23/2024
Confirmation Date: 07/10/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/03/2024 | $800.00 | | 07/01/2024 | $800.00 | | 07/30/2024 | $800.00 | |
| 08/30/2024 | $800.00 | | 09/30/2024 | $800.00 | | 10/08/2024 | $400.00 | |
| 10/24/2024 | $1,250.00 | | 11/25/2024 | $1,250.00 | | 12/26/2024 | $1,250.00 | |

**Total Receipts for the Period: $8,150.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,150.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Amos L. Osborne | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | REGIONS BANK DBA ENERBANK USA | Unsecured Creditors | $8,316.46 | $0.00 | $8,316.46 |
| 2 | INTERNAL REVENUE SERVICE<br>»» 2021;2023 TAX PERIODS | Priority Creditors | $3,083.55 | $0.00 | $3,083.55 |
| 3 | INTERNAL REVENUE SERVICE<br>»» PENALTY | Unsecured Creditors | $305.40 | $0.00 | $305.40 |
| 4 | PNC BANK, NA<br>»» P/630 WAYSIDE RD/1ST MTG/ORDER 6/21/24 | Mortgage Arrears | $49,484.11 | $3,223.50 | $46,260.61 |
| 5 | NJ DIVISION OF TAXATION<br>»» TGI-EE 2023 | Priority Creditors | $0.00 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» THE HOME DEPOT | Unsecured Creditors | $920.81 | $0.00 | $920.81 |

**Chapter 13 Case No. 24-13994 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,150.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $6,473.50 | Current Monthly Payment: | $1,254.00 |
| Paid to Trustee: | $532.75 | Arrearages: | $974.00 |
| Funds on Hand: | $1,143.75 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

