UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Denise Carlon, Esq.
KML Law Group, P.C.
700 Market Street
Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC Bank, National Association

In Re:

Amos L. Osborne,

Debtor.

Case No.:       24-13994-MBK

Chapter:            13

Hearing Date:    11/19/2025

Judge:            Kaplan

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 630 Wayside Rd., Neptune, NJ  (Docket # 29)

Date: 11/17/2025

/s/ Denise Carlon
Signature

*rev.8/1/15*