UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

R. Cameron Legg, Esq.
OLIVER & LEGG, LLC
2240 Highway 33, Suite 112
Neptune, New Jersey 07753
732-988-1500
Attorneys for Debtor
courtdocs@oliverandlegg.com

In Re:

Amos L. Osborne

                              Debtor

**Order Filed on February 17, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  24-13994

Chapter: 13

Judge:  MBK

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED.**

**DATED: February 17, 2026**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that R. Cameron Legg and the Law Offices of Oliver & Legg, LLC, applicants, are allowed a fee of $800.00 for services rendered.  The allowance is payable through the Chapter 13 Plan as an administrative priority.

The Debtor's monthly plan is modified to require a payment of $1,394.00 per month, beginning March 1, 2026, for the remaining thirty-eight (38) months to allow for payment of the above fee.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                Case No. 24-13994-MBK

Amos L. Osborne                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 17, 2026 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2026:**

**Recip ID          Recipient Name and Address**
db               +   Amos L. Osborne, 630 Wayside Road, Neptune, NJ 07753-3635

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2026                           Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2026 at the address(es) listed below:**

**Name                          Email Address**

Albert Russo
                              on behalf of Trustee Albert Russo docs@russotrustee.com

Albert Russo
                              docs@russotrustee.com

Denise E. Carlon
                              on behalf of Creditor PNC MORTGAGE  A DIVISION OF PNC BANK, NATIONAL ASSOCIATION
                              dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
                              on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Robert Cameron Legg
                              on behalf of Debtor Amos L. Osborne courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com

U.S. Trustee

District/off: 0312-3                                User: admin                                    Page 2 of 2
Date Rcvd: Feb 17, 2026                     Form ID: pdf903                              Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6