Office Mailing Address:

Albert Russo, Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:

Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/25/2026
### Chapter 13 Case No. 24-13994 / MBK

Amos L. Osborne
630 Wayside Road
Neptune, NJ   07753

Petition Filed Date: 04/19/2024
341 Hearing Date: 05/23/2024
Confirmation Date: 07/10/2024

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/24/2025 | $3,900.00 | TFS | 05/27/2025 | $1,200.00 | TFS | 07/09/2025 | $1,200.00 | TFS |
| 08/01/2025 | $1,200.00 | TFS | 08/13/2025 | $1,200.00 | TFS | 11/25/2025 | $1,200.00 | TFS |
| 01/14/2026 | $1,200.00 | TFS | 02/18/2026 | $1,200.00 | TFS | | | |

**Total Receipts for Period: $12,300.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $20,450.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | Amos L. Osborne | Debtor Refund | $0.00 | $0.00 | $0.00 |
| | Robert Cameron Legg, Esq. »» ATTY DISCLOSURE | Attorney Fees | $3,250.00 | $3,250.00 | $0.00 |
| 1 | REGIONS BANK DBA ENERBANK USA | Unsecured Creditors | $8,316.46 | $0.00 | $8,316.46 |
| 2 | INTERNAL REVENUE SERVICE »» 2021;2023 TAX PERIODS | Priority Crediors | $3,083.55 | $0.00 | $3,083.55 |
| 3 | INTERNAL REVENUE SERVICE »» PENALTY | Unsecured Creditors | $305.40 | $0.00 | $305.40 |
| 4 | PNC BANK, NA »» 630 WAYSIDE RD/1ST MTG/ORDER 6/21/24 | Mortgage Arrears | $49,484.11 | $12,889.95 | $36,594.16 |
| 5 | NJ DIVISION OF TAXATION »» TGI-EE 2023 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» THE HOME DEPOT | Unsecured Creditors | $920.81 | $0.00 | $920.81 |
| 7 | PNC BANK, NA »» 630 WAYSIDE ROAD/ATTY FEES 12/1/25 | Mortgage Arrears | $549.00 | $549.00 | $0.00 |
| | Robert Cameron Legg, Esq. »» ORDER 2/17/26 | Attorney Fees | $800.00 | $0.00 | $800.00 |

**Chapter 13 Case No. 24-13994 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/25/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,450.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $16,688.95 | Current Monthly Payment: | $1,370.00 |
| Paid to Trustee: | $1,538.65 | Arrearages: | $170.00 |
| Funds on Hand: | $2,222.40 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.tfsbillpay.com to register!**

**View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started!**



EOF