UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Albert Russo
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ 08650
609-587-6888
(609) 587-6888

In re:

Amos L. Osborne

Debtor(s)

Case No.: 24-13994 / MBK

Judge: Michael B. Kaplan

Chapter: 13

# CERTIFICATION OF SERVICE

1. I, Anita Travea, am an employee of Albert Russo, the Standing Chapter 13 Trustee in the above captioned matter.

2. On 9/1/2026, I caused a copy of the following pleadings and/or documents to be mailed to the parties listed in the chart below:

   **Trustee's Certification of Default, Proposed Form of Order, Certificate of Service**

3. I hereby certify, under penalty of perjury, that the above documents were sent using the mode of service indicated.

Dated: 9/1/2026

*/s/ Anita Travea*

Anita Travea

| Name and Address of Party Served | Relationship of Party to Case | Mode of Service |
|---|---|---|
| Amos L. Osborne<br>630 Wayside Road<br>Neptune, NJ 07753 | Debtor(s) | Regular Mail |
| Robert Cameron Legg, Esq.<br>Oliver & Legg LLC<br>2240 Highway 33<br>Suite 112<br>Neptune, NJ 07753 | Attorney for Debtor(s) | Regular Mail and Notice of Electronic Filing (NEF) |