Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 24−13994−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Amos L. Osborne
630 Wayside Road
Neptune, NJ 07753

Social Security No.:
xxx−xx−4163

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/16/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 16, 2026
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:
Amos L. Osborne
Debtor

Case No. 24-13994-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 2

Date Rcvd: Sep 16, 2026 | Form ID: 148 | Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amos L. Osborne, 630 Wayside Road, Neptune, NJ 07753-3635 |
| 520230054 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 16 2026 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 16 2026 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520230043 | | EDI: IRS.COM | Sep 17 2026 00:51:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520230044 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 16 2026 21:00:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520266371 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 16 2026 21:00:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520230045 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 16 2026 21:00:00 | Pnc Mortgage, Attn: Bankruptcy, 8177 Washington Church Rd,, Dayton, OH 45458 |
| 520230046 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 16 2026 21:00:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 520230049 | | EDI: PRA.COM | Sep 17 2026 00:51:00 | Portfolio Recovery Associates, LLC, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520230048 | | EDI: PRA.COM | Sep 17 2026 00:51:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 520304896 | | EDI: PRA.COM | Sep 17 2026 00:51:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 520230047 | ^ | MEBN | Sep 16 2026 21:31:30 | Pnc Mortgage, c/o KML Law Group, PC, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520230051 | + | Email/Text: EB_Collectionsbk@Regions.com | Sep 16 2026 21:01:00 | Regions, EnerBank USA, 1245 E Brickyard, Salt Lake City, UT 84106-2562 |
| 520230050 | + | Email/Text: EB_Collectionsbk@Regions.com | Sep 16 2026 21:01:00 | Regions, EnerBank USA, Attn: Bankruptcy, 650 S Main St, Ste 1000, Salt Lake City, UT 84101-2844 |
| 520233973 | + | Email/Text: EB_Collectionsbk@Regions.com | Sep 16 2026 21:01:00 | Regions Bank DBA EnerBank USA, 650 S Main Street, Suite 1000, Salt Lake City, UT 84101-2844 |
| 520230052 | + | Email/Text: bankruptcy@savit.com | Sep 16 2026 21:01:00 | SaVit Collection Agency, Attn: Bankruptcy, Po |

| | | | |
|---|---|---|---|
| | | | Box 250, East Brunswick, NJ 08816-0250 |
| 520230053 | + Email/Text: bankruptcy@savit.com | Sep 16 2026 21:01:00 | SaVit Collection Agency, Po Box 250, East Brunswick, NJ 08816-0250 |
| 520230055 | + EDI: AIS.COM | Sep 17 2026 00:51:00 | T-Mobile, c/o American InforSource, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Matthew K. Fissel | on behalf of Creditor PNC MORTGAGE A DIVISION OF PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Amos L. Osborne courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6